IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATASHA WALKER, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:14-cv-00405-TWT |
| v. ) | |
| ) | |
| WALGREEN CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Latasha Walker, with the consent of Defendant Walgreen Co., and files this Stipulation of Dismissal with prejudice in the above-styled action. Each party shall bear their own costs of litigation, including but not limited to attorneys' fees and court costs, except as previously consented to by the parties by written agreement.

6382893.1

Respectfully submitted this 2 day of October, 2014.

/s/ Abigail J. Larimer
Abigail J. Larimer
BARRETT & FARAHANY, LLP
1100 Peachtree Street, Suite 500
Atlanta, GA 30309

ATTORNEYS FOR PLAINTIFF

/s/ Mitchell S. Allen (with express permission)
Mitchell S. Allen
Georgia Bar No. 011325
mitchell.allen@bryancave.com
BRYAN CAVE LLP
One Atlantic Center
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Tel: (404) 572-6600
Fax: (404) 572-6999

ATTORNEYS FOR DEFENDANT

6382893.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATASHA WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>WALGREEN CO.,<br><br>    Defendant. | Civil Action No.<br><br>1:14-cv-00405-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 2, 2014, a copy of the foregoing **Joint Stipulation of Dismissal with Prejudice** was served via the Courts electronic file and serve on the following party:

Mitchell S. Allen, Esq.
mitchell.allen@bryancave.com

/s/ Abigail J. Larimer
Counsel

6382893.1